IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY DARNELL THOMAS,**<br><br>                              Petitioner,<br><br>      v.<br><br>**CONNIE GIPSON, Warden,**<br><br>                              Respondent. | Case No. C 11-4709 CW (PR)<br><br>**ORDER** GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME AND DIRECTING RESPONDENT TO PROVIDE REPORTER'S TRANSCRIPT, VOLUME 1 TO PETITIONER |

   IT IS HEREBY ORDERED that the time within which Respondent is to respond to the Order to Show Cause filed by this Court on June 4, 2014, will be extended to October 3, 2014. Petitioner's response, if any, shall be filed and served within thirty days of service of the answer.

Respondent is directed to provide Petitioner with Volume 1 of the state Reporter's Transcript. *See* doc. no. 10.

Dated:       8/1/2014

_____
The Honorable Claudia Wilken

1