UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DARNELL THOMAS,<br><br>    Petitioner,<br><br>   v.<br><br>MATTHEW CATE, et al.,<br><br>    Respondents. | Case No. 11-cv-04709-CW<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME AND DIRECTING RESPONDENT TO PROVIDE TO PETITIONER VOLUME 1 OF STATE REPORTER'S TRANSCRIPT<br><br>Re: Dkt. No. 15 |

    Petitioner, a state inmate, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On October 2, 2014, Respondent filed his answer.  Petitioner now requests an extension to January 17, 2015 in which to file his traverse.  Petitioner also requests that Respondent provide him with Volume 1 of the state reporter's transcript.  In the Court's August 1, 2014 Order granting Respondent's motion for an extension of time, it directed Respondent to provide this volume to Petitioner.  Based on Petitioner's motion, Respondent has not yet provided him with this volume.

    Petitioner's requests are granted.  His traverse is due on or before January 17, 2015.  Respondent is directed, within one week from the date of this Order, to provide to Petitioner Volume 1 of the state reporter's transcript.  Respondent shall file a

1 notice with the Court indicating when he has provided Volume 1 to
2 Petitioner.
3     IT IS SO ORDERED.
4 Dated:  November 7, 2014

_____
CLAUDIA WILKEN
United States District Judge