IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DARNELL THOMAS,<br><br>      Petitioner,<br><br>  v.<br><br>MATTHEW CATE, et al.,<br><br>      Defendants.<br>_____/ | No.  C 11-4709 CW<br><br>ORDER REGARDING PETITIONER'S MAY 9, 2016 LETTER |

    On May 9, 2016, the Court received a letter from Petitioner Larry Thomas stating that he previously submitted a request for an extension of time but failed to include the case number on that request.  To date, the Court has not received any request for extension of time from Petitioner.

    The Court further notes that it denied Mr. Thomas's petition for writ of habeas corpus and denied a certificate of appealability on May 6, 2015.  Mr. Thomas appealed the judgment against him, but, on February 1, 2016, the Ninth Circuit also denied a certificate of appealability.  Accordingly, there are no pending deadlines in this closed case that can be extended.

    IT IS SO ORDERED.

Dated: May 18, 2016

_____
CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DARNELL THOMAS,<br>　　　　Plaintiff,<br>　　v.<br>MATTHEW CATE, et al.,<br>　　　　Defendants. | Case No.　11-cv-04709-CW<br><br>**CERTIFICATE OF SERVICE** |

　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　That on May 18, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Larry Darnell Thomas ID: V91749
3C05　127Low
CSP - Corcoran
P.O. Box 3471
Corcoran, CA 93212-3471


Dated: May 18, 2016

　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　Clerk, United States District Court
　　　　　　　　　　　　　　　　　　By: /s/ Nichole Peric
　　　　　　　　　　　　　　　　　　Nichole Peric, Deputy Clerk to
　　　　　　　　　　　　　　　　　　the Honorable CLAUDIA WILKEN

2